

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00356-CV

| | | |
|---|---|---|
| MALLORY YORK JR., Appellant | § | On Appeal from the 325th District Court |
| | § | of Tarrant County (325-677587-20) |
| | § | July 1, 2021 |
| V. | § | Memorandum Opinion by Justice Bassel |
| MAKEATHA COOPER-YORK, Appellee | § | Concurring Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mallory York Jr. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel